ADANTE POINTER, ESQ., 236229
PATRICK BUELNA, ESQ., SBN 317043
**POINTER & BUELNA, LLP**
**LAWYERS FOR THE PEOPLE**
1901 Harrison St., Suite 1140,
Oakland, California 94612
Tel: (510) 929-5400
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY SOUTHERN, individually and as successor-in-interest to Decedent JEREMY SOUTHERN.<br><br>    Plaintiff,<br><br>v.<br><br>CITY of SACRAMENTO, a municipal corporation; DRAKE WALKER, individually and in his capacity as a City of Sacramento Police Officer; and DOES 1-50, inclusive.<br><br>    Defendants. | Case No.: 2:20-cv-01765-MCE-AC<br><br>**STIPULATION AND ORDER GRANTING PLAINTIFF LEAVE TO FILE AMENDED COMPLAINT** |

  IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff and Defendants by and through their designated counsel, that:

  WHEREAS, Plaintiffs filed their Complaint on August 31, 2020. (Doc. 1)

  WHEREAS, Plaintiffs filed their First Amended Complaint on January 29, 2021. (Doc. 4)

  WHEREAS, Defendants filed a Motion to Dismiss on March 01, 2021. (Doc. 6)

  WHEREAS, Defendants raised particular issues with Plaintiffs' operative complaint, parties met and conferred regarding the issues Defendants raised in regards to the capacity

POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
1901 Harrison St., Ste. 1140
Oakland, CA 94612
Tel: (510) 929 - 5400

STIPULATION AND ORDER GRANTING
PLAINTIFF LEAVE TO FILE AMENDED COMPLAINT
- 1

under which Plaintiff was suing for particular claims as well as the addition of state claims that recently became ripe to file.

WHEREAS, there is GOOD CAUSE to amend the complaint because the parties have agreed to resolve certain issues by allowing Plaintiff to file a Second Amended Complaint. Therefore, the parties stipulate and jointly request for the Court to GRANT Plaintiffs leave to file a Second Amended Complaint.

IT IS SO AGREED.

Date: March 03, 2021     Respectfully submitted,

**POINTER & BUELNA, LLP**
**LAWYERS FOR THE PEOPLE**

 /s/Patrick M. Buelna
PATRICK M. BUELNA
COUNSEL FOR PLAINTIFF

Date: March 03, 2021     **CITY ATTORNEYS OFFICE, SACRAMENTO**

 /s/Andrea Velasquez (as authorized on 03/03/21)
ANDREA VELASQUEZ
COUNSEL FOR DEFENDANTS

### ORDER

For the reasons set forth above, the Stipulation and Proposed Order Granting Plaintiff Leave to File a Second Amended Complaint is **GRANTED**.  ECF No. 12.  Not later than five (5) days following the date this Order is electronically filed, Plaintiffs shall file their Second Amended Complaint.  Defendant's Motion to Dismiss (ECF No. 10) is **DENIED** as moot.

**IT IS SO ORDERED**.

Dated:  March 11, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
1901 Harrison St., Ste. 1140
Oakland, CA 94612
Tel: (510) 929 - 5400

STIPULATION AND ORDER GRANTING
PLAINTIFF LEAVE TO FILE AMENDED COMPLAINT
- 2