SUSANA ALCALA WOOD, City Attorney (SBN 156366)
**SEAN D. RICHMOND, Senior Deputy City Attorney (SBN 210138)**
srichmond@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA  95814-2608
Telephone:  (916) 808-5346
Facsimile:   (916) 808-7455

Attorneys for the CITY OF SACRAMENTO and DRAKE WALKER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY SOUTHERN, individually and as successor-in-interest to Decedent JEREMY SOUTHERN,<br><br>                      Plaintiff,<br><br>  vs.<br><br>CITY OF SACRAMENTO, a municipal corporation; DRAKE WALKER, individually and in his capacity as a City of Sacramento Police Officer; and DOES 1-20, inclusive,<br><br>                      Defendants. | Case No.:  2:20-cv-01765-MCE-AC<br><br>**ANSWER OF DEFENDANTS CITY OF SACRAMENTO AND DRAKE WALKER** |

Defendants CITY OF SACRAMENTO and DRAKE WALKER, (hereinafter "Defendants") answers the verified Complaint (hereinafter "Complaint") of Plaintiff JIMMY SOUTHERN, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO DECEDENT JEREMY SOUTHERN, as follows:

1. Answering paragraph one of the Second Amended Complaint ("SAC), Defendants admit that Defendant WALKER fired twice at Plaintiff subsequent to Plaintiff pointing a gun at WALKER and refusing command to put the gun down.  Defendants admit that Plaintiff died as a result of the shooting.  Defendants deny the remaining allegations contained in

paragraph one.

2. Answering paragraph 2 of the SAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

3. Answering paragraph 3 of the SAC, Defendants, without admitting that the allegations contained in the SAC are true, and given its Affirmative Defenses to the allegations of the SAC, admit that venue is proper.

4. Answering paragraph 4 of the SAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

5. Answering paragraph 5 of the SAC, Defendants admit that at all relevant times Defendant DRAKE WALKER was acting in his capacity as a police officer for the Sacramento Police Department.  As to the remaining allegations contained in paragraph 5, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

6. Answering paragraph 6 of the SAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations and on that basis deny each and every allegation contained therein.

7. Answering paragraph 7 of the SAC, Defendants admit the allegations contained therein.

8. Answering paragraph 8 of the SAC, Defendants admit the allegations contained therein.

9. Answering paragraph 9 of the SAC, Defendants deny engaging in tortious activity and violating the Decedent's constitutional rights.  Defendants admit the remaining allegations contained in paragraph 9 of the SAC.

10. Answering paragraph 10 of the SAC, Defendants deny all allegations asserted therein.

11. Answering paragraph 8 of the SAC, Defendants deny the commission of any

2
ANSWER OF DEFENDANTS CITY OF SACRAMENTO AND DRAKE WALKER
1013969

1  omissions.  Defendants admit that they were acting in accordance with the policies and
2  procedures of the Sacramento Police Department.

3      12.    Answering paragraph 12 of the SAC, Defendants admit the allegations contained
4  therein.

5      13.    Answering paragraph 13 of the SAC, Defendants admit verbal warnings were
6  given to the Decedent and that the Decedent did not make any verbal threats or fired his gun.
7  As to the remaining allegations asserted in paragraph 13 of the SAC, Defendants are without
8  sufficient knowledge or information to form a belief as to the truth of those allegations and on
9  that basis deny each and every allegation contained therein.

10      14.    Answering paragraph 14 of the SAC, Defendants admit the allegations contained
11  therein.

12      15.    Answering paragraph 15 of the SAC, Defendants admit that a shot was fired
13  striking the Decedent and that he fell to the ground.  Defendants deny the remaining
14  allegations asserted in paragraph 15 of the SAC.

15      16.    Answering paragraph 16 of the SAC, Defendants deny all allegations asserted
16  therein.

17      17.    Answering paragraph 17 of the SAC, Defendants admit the allegations contained
18  therein.

19      18.    Answering paragraph 18 of the SAC, Defendants admit that a second shot was
20  fired striking the Decedent as he remained a lethal threat.  Defendants deny the remaining
21  allegations asserted in paragraph 18 of the SAC.

22      19.    Answering paragraph 19 of the SAC, Defendants admit the use of deadly force and
23  deny that said force was excessive.  As to the remaining allegations asserted in paragraph 19
24  of the SAC, Defendants are without sufficient knowledge or information to form a belief as to
25  the truth of those allegations and on that basis deny each and every remaining allegation
26  contained therein.

27      20.    Answering paragraph 20 of the SAC, Defendants deny all allegations asserted
28  therein.

21.     Answering paragraph 21 of the SAC, Defendants deny all allegations asserted therein.

22.     Answering paragraph 22 of the SAC, Defendants deny all allegations asserted therein.

23.     Answering paragraph 23 of the SAC, Defendants incorporate by reference their responses to each and every paragraph of the Complaint as though fully set forth herein.

24.     Answering paragraph 24 of the SAC, Defendants deny all allegations asserted therein.

25.     Answering paragraph 25 of the SAC, Defendants deny all allegations asserted therein.

26.     Answering paragraph 26 of the SAC, Defendants incorporate by reference their responses to each and every paragraph of the Complaint as though fully set forth herein.

27.     Answering paragraph 27 of the SAC, Defendants deny all allegations asserted therein.

28.     Answering paragraph 28 of the SAC, Defendants deny all allegations asserted therein.

29.     Answering paragraph 29 of the SAC, Defendants incorporate by reference their responses to each and every paragraph of the Complaint as though fully set forth herein.

30.     Answering paragraph 30 of the SAC, Defendants deny the allegations asserted on page 8:16-25.  Defendants admit that Sacramento Police officers shot and killed Stephon Clark, admit that non-lethal force was used on John Hernandez, admit the settlement made with Nandi Cain, and admit to the shooting of Joseph Mann.

31.     Answering paragraph 31 of the SAC, Defendants deny all allegations asserted therein.

32.     Answering paragraph 32 of the SAC, Defendants deny all allegations asserted therein.

33.     Answering paragraph 33 of the SAC, Defendants deny all allegations asserted therein.

34.     Answering paragraph 34 of the SAC, Defendants deny all allegations asserted therein.

35.     Answering paragraph 35 of the SAC, Defendants deny all allegations asserted therein.

36.     Answering paragraph 36 of the SAC, Defendants deny all allegations asserted therein.

37.     Answering paragraph 37 of the SAC, Defendants deny all allegations asserted therein.

38.     Answering paragraph 38 of the SAC, Defendants deny all allegations asserted therein.

39.     Answering paragraph 39 of the SAC, Defendants deny all allegations asserted therein.

40.     Answering paragraph 40 of the SAC, Defendants incorporate by reference their responses to each and every paragraph of the Complaint as though fully set forth herein.

41.     Answering paragraph 41 of the SAC, the allegations are conclusions of law not averments of fact to which a response is required.  To the extent an answer is required, Defendants deny each and every allegation contained in paragraph 41.

42.     Answering paragraph 42 of the SAC, the allegations are conclusions of law not averments of fact to which a response is required.  To the extent an answer is required, Defendants deny each and every allegation contained in paragraph 42.

43.     Answering paragraph 43 of the SAC, the allegations are conclusions of law not averments of fact to which a response is required.  To the extent an answer is required, Defendants deny each and every allegation contained in paragraph 43.

44.     Answering paragraph 44 of the SAC, the allegations are conclusions of law not averments of fact to which a response is required.  To the extent an answer is required, Defendants deny each and every allegation contained in paragraph 44.

45.     Answering paragraph 45 of the SAC, Defendants deny all allegations asserted therein.

46. Answering paragraph 46 of the SAC, Defendants incorporate by reference their responses to each and every paragraph of the Complaint as though fully set forth herein.

47. Answering paragraph 47 of the SAC, Defendants deny all allegations asserted therein.

48. Answering paragraph 48 of the SAC, the allegations are conclusions of law not averments of fact to which a response is required.  To the extent an answer is required, Defendants deny each and every allegation contained in paragraph 48.

49. Answering paragraph 49 of the SAC, the allegations are conclusions of law not averments of fact to which a response is required.  To the extent an answer is required, Defendants deny each and every allegation contained in paragraph 49.

50. Answering paragraph 50 of the SAC, Defendants deny all allegations asserted therein.

51. Answering paragraph 51 of the SAC, Defendants deny all allegations asserted therein.

52. Answering paragraph 52 of the SAC, the allegations are conclusions of law not averments of fact to which a response is required.  To the extent an answer is required, Defendants deny each and every allegation contained in paragraph 52.

53. Answering paragraph 53 of the SAC, Defendants deny all allegations asserted therein.

54. Answering paragraph 54 of the SAC, Defendants incorporate by reference their responses to each and every paragraph of the Complaint as though fully set forth herein.

55. Answering paragraph 55 of the SAC, Defendants deny all allegations asserted therein.

56. Answering paragraph 56 of the SAC, Defendants deny all allegations asserted therein.

57. Answering paragraph 57 of the SAC, the allegations are conclusions of law not averments of fact to which a response is required.  To the extent an answer is required, Defendants deny each and every allegation contained in paragraph 57.

## AFFIRMATIVE DEFENSES

As and for separate and distinct affirmative defenses, Defendant alleges as follows:

### FIRST AFFIRMATIVE DEFENSE

[Failure to State a Cause of Action]

Plaintiff's complaint, and each cause of action contained therein, fails to state the facts sufficient to constitute a cause of action against Defendant.

### SECOND AFFIRMATIVE DEFENSE

[Tort Claims Act]

Plaintiffs claim is barred for failure to comply with the California Tort Claims Act.

### THIRD AFFIRMATIVE DEFENSE

[Comparative Fault - Plaintiff]

Plaintiff is barred from recovery, in whole or part, because his sole or partial negligence was the proximate cause of the acts and events alleged in the complaint.

### FOURTH AFFIRMATIVE DEFENSE

[Comparative Fault - Third Parties]

Plaintiff is barred from recovery from Defendants, in whole or part, because the sole or partial negligence of third parties was the proximate cause of the acts and events alleged in the complaint.

### FIFTH AFFIRMATIVE DEFENSE

[Assumption of the Risk]

Plaintiff freely and voluntarily assumed the risk of injury and damage alleged in the complaint with full knowledge and appreciation of the magnitude thereof.

Defendants are not liable for plaintiff's alleged injuries because the conditions alleged in Plaintiff's Complaint were minor, trivial and/or insignificant within the meaning of Government Code Section 830.2.

### SIXTH AFFIRMATIVE DEFENSE

[Government Code - Immunities]

Each act or omission alleged in the complaint falls within the immunities and defenses

described in sections 800 through 995 of the California Government Code, including but not limited to, sections 815.2, 818.8, 820.2, 821.2, 822.2, 830.2, 830.4, 830.6, 830.8, 830.9, 831, 831.2, 835.4, 840.2, 840.4, 840.6, and 845.8.

### SEVENTH AFFIRMATIVE DEFENSE

[Good Faith]

Defendants allege they have acted in good faith and without wrongful intent at all times alleged in the complaint.

### EIGHTH AFFIRMATIVE DEFENSE

[Failure to Mitigate]

Plaintiff's claims are barred, in whole or part, due to Plaintiff's failure to mitigate the damages alleged in the complaint.

### NINTH AFFIRMATIVE DEFENSE

[Arrest/Force]

Each act or omission alleged in the complaint falls within the immunities and privileges set forth in the California Penal Code, including but not limited to, sections 834, 834a, 835, 836, and 836.5.

### TENTH AFFIRMATIVE DEFENSE

[Qualified Immunity]

Defendants allege immunity from liability because its police officers' conduct did not violate clearly established federal law and/or a reasonable officer would not have known his/her conduct violated clearly established law.

WHEREFORE, Defendants requests:

1.   That Plaintiff take nothing from Defendants herein and that judgment be awarded in favor of Defendants;

2.   That Defendants recover their reasonable costs incurred in the defense of this action; and

3.   For such other and further relief as the court may deem proper.

///

**DEMAND FOR JURY TRIAL**

NOTICE IS HEREBY GIVEN that Defendants CITY OF SACRAMENTO and DRAKE WALKER, demand a jury trial in the above-entitled action pursuant to the provisions of Rule 38 of the Federal Rules of Civil Procedure and the Seventh Amendment of the United States Constitution.

DATED: March 29, 2021

SUSANA ALCALA WOOD,
City Attorney

By: /s/ SEAN D. RICHMOND
**SEAN D. RICHMOND**
Senior Deputy City Attorney

Attorneys for the
CITY OF SACRAMENTO and DRAKE WALKER