ADANTE POINTER, ESQ., 236229
PATRICK BUELNA, ESQ., SBN 317043
**POINTER & BUELNA, LLP**
**LAWYERS FOR THE PEOPLE**
1901 Harrison St., Suite 1140,
Oakland, California 94612
Tel: (510) 929-5400
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY SOUTHERN, individually and as successor-in-interest to Decedent JEREMY SOUTHERN.<br><br>Plaintiff,<br><br>v.<br><br>CITY of SACRAMENTO, a municipal corporation; DRAKE WALKER, individually and in his capacity as a City of Sacramento Police Officer; and DOES 1-50, inclusive.<br><br>Defendants. | Case No.: 2:20-cv-01765-MCE-AC<br><br>**STIPULATION AND ORDER TO AMEND DISCOVERY AND DISPOSITIVE MOTION SCHEDULE** |

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff and Defendants by and through their designated counsel, that:

WHEREAS, the parties are diligently working to schedule several depositions in the current case given the changes in counsel and unforeseen events making requiring schedule adjustments. Provided that parties still have outstanding depositions to take that are necessary to

the case, parties believe that extending the date for fact discovery will provide additional time to complete all necessary depositions and conclude essential discovery;

WHEREAS, the parties met and conferred.

WHEREAS, on August 31, 2020, Plaintiff filed their Complaint. (Doc. 1).

WHEREAS, on January 29, 2021, Plaintiff filed their First Amended Complaint. (Doc. 4).

WHEREAS, on March 01, 2021, Defendants filed a motion to dismiss. (Doc. 10).

WHEREAS, on March 03, 2021, Parties files Stipulation and Proposed order granting plaintiff leave to file second amended complaint. (Doc. 12).

WHEREAS, on March 12, 2021, Court signed Stipulation and Proposed order granting plaintiff leave to file second amended complaint. (Doc. 14).

WHEREAS, on March 12, 2021, Plaintiff filed their Second Amended Complaint. (Doc. 15).

WHEREAS, on March 29, 2021, Defendants filed their Answer. (Doc. 17).

WHEREAS, on November 01, 2021, Defendants filed their Substitution of attorney. (Doc. 18).

WHEREAS, on November 16, 2021, order substituting attorney signed. (Doc. 19).

WHEREAS, on January 12, 2022, Defendants filed Notice of Appearance. (Doc. 21).

WHEREAS, on February 10, 2022, Plaintiff filed Notice of Appearance. (Doc. 22).

WHEREAS, on March 01, 2022, Defendants filed Designation of Counsel. (Doc. 23).

WHEREAS, on March 01, 2022, Defendants filed Notice of Appearance. (Doc. 24).

WHEREAS, the current discovery schedule is set as:

| | |
|---|---|
| Fact Discovery Cutoff: | **March 29, 2022** |
| Expert Witness Disclosures: | **May 27, 2022** |

| | |
|---|---|
| Rebuttal Expert Witness Disclosures: | **June 27, 2022** |
| Expert Discovery Cutoff: | **July 27, 2022** |
| Dispositive Motion Deadline: | **September 29, 2022** |

WHEREAS, the parties propose the following discovery schedule:

| | |
|---|---|
| Fact Discovery Cutoff: | **June 27, 2022** |
| Expert Witness Disclosures: | **July 27, 2022** |
| Rebuttal Expert Witness Disclosures: | **August 26, 2022** |
| Expert Discovery Cutoff: | **September 27, 2022** |
| Dispositive Motion Deadline: | **November 29, 2022** |

**IT IS SO AGREED.**

Date:                                              **POINTER & BUELNA, LLP**

/s/*Patrick Buelna*
PATRICK BUELNA
Attorney for PLAINTIFF JIMMY SOUTHERN

Date:                                              **DEAN GAZZO ROISTACHER, LLP**

ADRIAN M. PARIS
Attorney for DEFENDANTS

IT IS SO ORDERED.

**Dated: March 22, 2022**

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE