**ADANTÉ D. POINTER, ESQ., SBN 236229**
**PATRICK M. BUELNA, ESQ., SBN 317043**
**TY CLARKE, ESQ., SBN 339198**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert St., Suite 208,
Oakland, CA 94607
Tel: 510-929-5400
Website: www.LawyersFTP.com
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com
Email: TClarke@LawyersFTP.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY SOUTHERN;  <br>      Plaintiff,  <br>v.  <br>CITY OF SACRAMENTO, et al.  <br>      Defendants. | Case: 2:20-cv-01765-MCE-AC  <br><br>**STIPULATION AND ORDER TO AMEND SCHEDULING ORDER** |

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff and Defendants (hereinafter, "the Parties") by and through their designated counsel, that:

WHEREAS, on August 31, 2020, Plaintiff filed his Complaint. (ECF No. 1).

WHEREAS, on March 22, 2022, this Court issued a scheduling order with the following deadlines: Fact Discovery Cutoff, set for June 27, 2022; Expert Witness Disclosures, set for July 27, 2022; Rebuttal Expert Witness Disclosures, set for August 26, 2022; Expert Discovery

1 Cutoff, set for September 27, 2022; and Dispositive Motion Deadline, November 29, 2022.

2 (ECF No. 26).

3    WHEREAS, the Parties are in the midst of the discovery process and have scheduled

4 several depositions in late May and early June, but still have a number of outstanding

5 depositions that need to be scheduled.

6    Whereas, Counsel for the Parties have been in frequent communication in attempts to

7 find mutually agreeable dates to schedule the remaining depositions before June 27, 2022.

8    WHEREAS, Counsel for Plaintiff has a two-week trial in June that hinders the Parties'

9

10 ability to find mutually agreeable dates before June 27, 2022.

11    WHEREAS, Counsel for the Parties have determined that they will need additional time

12 to complete a comprehensive discovery process.

13 ///

14 ///

15 ///

16 ///

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26

WHEREAS, the Parties STIPULATE TO and JOINTLY REQUEST that this Court's initial scheduling order (ECF No. 26) be amended accordingly:

| | |
|---|---|
| Fact Discovery Cutoff: | August 26, 2022 |
| Expert Witness Disclosures: | September 27, 2022 |
| Rebuttal Expert Witness Disclosures: | October 26, 2022 |
| Expert Discovery Cutoff: | December 14, 2022 |
| Deadline to File Dispositive Motions: | January 29, 2023 |

IT IS SO AGREED.

Dated: April 27, 2022      /s/ Ty Clarke
                           Ty Clarke
                           Attorney for Plaintiff

Dated: April 27, 2022      /s/ Adrian Paris
                           Adrian Paris
                           Attorney for Defendants

IT IS SO ORDERED.

Dated: May 4, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE