Dean Gazzo Roistacher LLP
Mitchell D. Dean, Esq. (SBN 128926)
Adrian M. Paris, Esq. (SBN 301355)
440 Stevens Avenue, Suite 100
Solana Beach, CA  92075
Telephone:  (858) 380-4683
Facsimile:  (858) 492-0486
E-mail:       mdean@deangazzo.com
                   aparis@deangazzo.com

Attorneys for Defendants
City of Sacramento and Drake Walker,
individually and in his capacity as a City of
Sacramento Police Officer

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY SOUTHERN, individually and as successor-in-interest to Decedent JEREMY SOUTHERN,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SACRAMENTO, a municipal corporation; DRAKE WALKER, individually and in his capacity as a City of Sacramento Police Officer; and DOES 1-20, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-01765-MCE-AC<br><br>**ORDER TO MODIFY SCHEDULING ORDER**<br><br>Judge: Hon. Morrison C. England, Jr.<br>Magistrate Judge: Hon. Allison Claire |

Having reviewed and considered the associated Stipulation, the scheduling order is modified to reflect the following deadlines:

///

///

///

///

///

///

///

| | | |
|---|---|---|
| 1 | Fact Discovery Cut-Off: | December 2, 2022 |
| 2 | Expert Witness Disclosures: | January 10, 2023 |
| 3 | Rebuttal Expert Witness Disclosures: | February 7, 2023 |
| 4 | Expert Discovery Cut-Off: | April 12, 2023 |
| 5 | Deadline to File Dispositive Motions: | May 1, 2023 |

IT IS SO ORDERED.

Dated: August 15, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE