Dean Gazzo Roistacher LLP
Mitchell D. Dean, Esq. (SBN 128926)
Lee H. Roistacher, Esq. (SBN 179619)
Adrian M. Paris, Esq. (SBN 301355)
440 Stevens Avenue, Suite 100
Solana Beach, CA  92075
Telephone:  (858) 380-4683
Facsimile:  (858) 492-0486
E-mail:  mdean@deangazzo.com
            lroistacher@deangazzo.com
            aparis@deangazzo.com

Attorneys for Defendants
City of Sacramento and Drake Walker, individually and
in his capacity as a City of Sacramento Police Officer

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY SOUTHERN, individually and as successor-in-interest to Decedent JEREMY SOUTHERN,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SACRAMENTO, a municipal corporation; DRAKE WALKER, individually and in his capacity as a City of Sacramento Police Officer; and DOES 1-20, inclusive,<br><br>Defendants. | Case No.:   2:20-cv-01765-MCE-AC<br><br>**DEFENDANTS CITY OF SACRAMENTO AND DRAKE WALKER'S NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS; MEMORANDUM OF POINTS AND AUTHORITIES; [PROPOSED] ORDER**<br><br>Date:          December 15, 2022<br>Time:          10:00 a.m.<br>Courtroom:  7<br>Judge:         Hon. Morrison C. England, Jr.<br>Magistrate: Hon. Allison Claire |

**TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN**:

**NOTICE IS HEREBY GIVEN** that on December 15, 2022, at 10:00 a.m. in Courtroom 7 of the above-entitled court, located at 501 I Street, Sacramento, California, defendants City of Sacramento and Drake Walter will move this Court for judgment on the pleadings under Federal Rule of Civil Procedure 12(c).

This motion is brought on the grounds that defendants are entitled to judgment on Jimmy Southern's second claim for relief for interference with familial relations, his third claim for

///

relief for supervisor and municipal liability and his fifth claim for relief for violations of California's Bane Act.

This motion is based on this Notice of Motion; the Memorandum of Points and Authorities; and on the pleadings, records and filings in this action, as well as any oral arguments presented at the time of hearing.

Dated: November 8, 2022                                    Dean Gazzo Roistacher LLP

By:  */s/ Lee H. Roistacher*
Mitchell D. Dean
Lee H. Roistacher
Adrian M. Paris
Attorneys for Defendants
City of Sacramento;and Drake Walker, individually and in his capacity as a City of Sacramento Police Officer
E-mail:  mdean@deangazzo.com
             lroistacher@deangazzo.com
             aparis@deangazzo.com

2

**DEFENDANTS CITY OF SACRAMENTO AND DRAKE WALKER'S NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS**                    Case No. 2:210-cv-01765-MCE-AC