**ADANTÉ D. POINTER, ESQ., SBN 236229**
**PATRICK M. BUELNA, ESQ., SBN 317043**
**TY CLARKE, ESQ., SBN 339198**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert St., Suite 208,
Oakland, CA 94607
Tel: 510-929-5400
Website: www.LawyersFTP.com
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com
Email: TClarke@LawyersFTP.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY SOUTHERN, an individual;<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SACRAMENTO, et al.<br><br>Defendants. | Case: 2:20-cv-01765-MCE-AC<br><br>**STIPULATION AND ORDER TO AMEND SCHEDULING ORDER** |

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff and Defendants (hereinafter, "the Parties") by and through their designated counsel, that:

WHEREAS, on August 16, 2022, this Court issued an Order amending the Scheduling Order in the above-captioned matter pursuant to the Parties' stipulation and proposed order in which the Close of Fact Discovery was scheduled for December 2, 2022. (ECF No. 31).

WHEREAS, the Parties are in the midst of discovery and have numerous depositions scheduled for prior to December 2, 2022, but have encountered difficulties with non-appearing

third-party deponents and scheduling conflicts. The Parties have each had internal scheduling difficulties that have further complicated the Parties' ability to conduct all depositions by the current Close of Fact Discovery. Namely, Plaintiff's Counsel had an in-person federal civil rights trial for three weeks in October of 2022 and the Defendant City's Counsel was out of the office for two weeks in November of 2022.

WHEREAS, given the upcoming holidays and remaining depositions to be scheduled, the Parties have conferred and mutually agree that a sixty (60) day extension of the current case deadlines is necessary in order to complete fact discovery;

WHEREAS, the Parties STIPULATE TO and JOINTLY REQUEST that this Court's scheduling order (ECF No. 31) be amended accordingly:

| | | |
|---|---|---|
| Close of Fact Discovery: | ~~12/02/22~~ | 02/02/23 |
| Expert Witness Disclosure: | ~~01/10/23~~ | 03/10/23 |
| Rebuttal Expert Disclosure: | ~~02/07/23~~ | 04/07/23 |
| Close of Expert Discovery: | ~~04/12/23~~ | 06/12/23 |
| Dispositive Motion Filing Deadline: | ~~05/01/23~~ | 07/03/23 |

IT IS SO AGREED.

///
///
///
///
///
///
///

| | |
|---|---|
| Dated: November 21, 2022 | /s/ Ty Clarke<br>Ty Clarke<br>Attorney for Plaintiff |
| Dated: November 21, 2022 | /s/ Adrian Paris<br>Adrian Paris<br>Attorney for Defendants |

**IT IS SO ORDERED.**

Dated: November 28, 2022

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE