**ADANTÉ D. POINTER, ESQ., SBN 236229**
**PATRICK M. BUELNA, ESQ., SBN 317043**
**TY CLARKE, ESQ., SBN 339198**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert St., Suite 208,
Oakland, CA 94607
Tel: 510-929-5400
Website: www.LawyersFTP.com
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com
Email: TClarke@LawyersFTP.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY SOUTHERN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF SACRAMENTO, ET AL.<br><br>　　　　Defendants. | Case No.: 2:20-cv-01765-MCE-AC<br><br>**STIPULATION AND ORDER TO AMEND SCHEDULING ORDER** |

　　　　IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff and Defendants (hereinafter, "the Parties") by and through their designated counsel, that:

　　　　WHEREAS, on 11/28/2022, this Court issued an amended scheduling order.  **(ECF NO. 37)**.

　　　　WHEREAS, Defendants recently had a new attorney of record appear in the case. **(ECF NO. 40).**  Defendants' counsel will need more time than the case schedule currently

allows to acclimate himself with the case. The attorney who was previously handling the case on behalf of Defendants is no longer with the firm, Dean Gazzo Roistacher, LLP. Furthermore, Plaintiff's counsel Patrick Buelna will be out for parental leave in March of 2023, necessitating a 90-day extension to all case deadlines.

WHEREAS the Parties STIPULATE TO and JOINTLY REQUEST that this Court's amended scheduling order (**ECF NO. 37**) be amended accordingly:

| | | |
|---|---|---|
| Close of Fact Discovery: | ~~02/02/2023~~ | 05/03/2023 |
| Designation of Expert Witness: | ~~03/10/2023~~ | 06/08/2023 |
| Rebuttal Expert Disclosure: | ~~04/07/2023~~ | 07/06/2023 |
| Close of Expert Discovery: | ~~9/25/2023~~ | 3/25/2024 |
| Dispositive Motion Filing: | ~~7/03/2023~~ | 10/1/2024 |

IT IS SO AGREED.

Dated: 1/31/2023         /s/ Ty Clarke
                         Ty Clarke
                         Attorney for Plaintiff

Dated: 1/31/2023         /s/ Ricardo Baca
                         Ricardo Baca
                         Attorney for Defendants

**IT IS SO ORDERED.**

Dated: February 2, 2023

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE