ADANTE POINTER, ESQ., SBN 236229
PATRICK BUELNA, ESQ., SBN 317043
TY CLARKE, ESQ., SBN 339198
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert Street, Suite 208
Oakland, CA 94607
Tel: 510-929-5400
Email:  APointer@LawyersFTP.com
Email:  PBuelna@LawyersFTP.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY SOUTHERN, <br><br>            Plaintiff, <br><br> v. <br><br> CITY OF SACRAMENTO, et al., <br><br>            Defendants. | Case No.:  2:20-cv-01765-MCE-AC <br><br> **STIPULATION AND ORDER TO ALLOW THE DEPOSITION OF BRANDON KELLERMAN AFTER THE CLOSE OF FACT DISCOVERY** |

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff and Defendants (hereinafter "the Parties") by and through their designated counsel, that:

WHEREAS, the close of fact discovery in this matter is scheduled for on May 3, 2023. (ECF No. 42).

WHEREAS, the deadline to file dispositive motions in this matter is scheduled for October 1, 2024. (ECF No. 42).

///

WHEREAS, Plaintiff intends to take the deposition of Sacramento Police Officer Brandon Kellerman but have been informed by Defendants' Counsel that Officer Kellerman is currently out on medical leave and thus unable to be deposed before the close of fact discovery.

WHEREAS, the Parties have agreed that the most prudent course of action is to take Officer Kellerman's deposition once Officer Kellerman has returned from medical leave.

WHEREAS, the Parties intend to take all other non-expert depositions in this matter before the close of fact discovery.

WHEREAS, the Parties hereby STIPULATE TO and JOINTLY REQUEST that Plaintiff be permitted to take Officer Kellerman's deposition after the close of fact discovery, but before October 1, 2024, or when Defendants file a dispositive motion, whichever comes first.

IT IS SO AGREED.

Dated:  April 3, 2023

/s/ TY CLARKE
TY CLARKE
Attorney for Plaintiff

Dated:  April 3, 2023

/s/ Ricardo Baca
Ricardo Baca
Attorney for Defendants

**IT IS SO ORDERED.**

**Dated:  April 5, 2023**

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE