**ADANTÉ D. POINTER, ESQ., SBN 236229**
**PATRICK M. BUELNA, ESQ., SBN 317043**
**TY CLARKE, ESQ., SBN 339198**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert St., Suite 208,
Oakland, CA 94607
Tel: 510-929-5400
Website: www.LawyersFTP.com
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com
Email: TClarke@LawyersFTP.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY SOUTHERN, an individual;<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SACRAMENTO, et al.<br><br>Defendants. | Case: 2:20-cv-01765-MCE-AC<br><br>**STIPULATION AND ORDER TO AMEND SCHEDULING ORDER** |

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff and Defendants (hereinafter, "the Parties") by and through their designated counsel, that:

WHEREAS, the parties have completed several depositions, multiple rounds of written discovery and have scheduled the final round of depositions.

WHEREAS, Plaintiffs' counsels first child was born two weeks later than anticipated and has just returned from paternity leave, which impacted the case schedule.

WHEREAS, the parties met and conferred and agreed to extend out the remaining discovery dates by approximately 45 days to allow for counsels to finish the final set of depositions.

WHEREAS, the Parties STIPULATE TO and JOINTLY REQUEST that this Court's scheduling order be amended accordingly:

| | | |
|---|---|---|
| Close of Fact Discovery: | ~~05/03/2023~~ | 06/17/23 |
| Expert Witness Disclosure: | ~~06/08/23~~ | 07/17/23 |
| Rebuttal Expert Disclosure: | ~~07/06/23~~ | 08/07/23 |
| Close of Expert Discovery: | ~~03/25/24~~ | 08/30/23 |
| Dispositive Motion Filing Deadline: | ~~10/01/24~~ | 11/15/23 |

IT IS SO AGREED.

Dated: April 18, 2023      /s/ Patrick Buelna
                           PATRICK BUELNA
                           Attorney for Plaintiff

Dated: April 18, 2023      /s/ Ricardo Baca (Authorization: 4/18/23)
                           RICARDO BACA
                           Attorney for Defendants

**IT IS SO ORDERED.**

Dated:  April 20, 2023

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE