Dean Gazzo Roistacher LLP
Mitchell D. Dean, Esq. (SBN 128926)
Ricardo Baca, Esq. (SBN 319497)
440 Stevens Avenue, Suite 100
Solana Beach, CA  92075
Telephone:  (858) 380-4683
Facsimile:  (858) 492-0486
E-mail: mdean@deangazzo.com
          rbaca@deangazzo.com

Attorneys for Defendants
City of Sacramento and Drake Walker,
individually and in his capacity as a City of
Sacramento Police Officer

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY SOUTHERN, individually and as successor-in-interest to Decedent JEREMY SOUTHERN,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY OF SACRAMENTO, a municipal corporation; DRAKE WALKER, individually and in his capacity as a City of Sacramento Police Officer; and DOES 1-20, inclusive,<br><br>  Defendants. | Case No.: 2:20-cv-01765-MCE-AC<br><br>**ORDER RE: DEFENDANTS' REQUEST TO SEAL DOCUMENTS PURSUANT TO LOCAL RULE 141**<br><br>Courtroom:  7<br>Judge:         Hon. Morrison C. England, Jr.<br>Magistrate Judge: Hon. Allison Claire |

   Defendants City of Sacramento and Drake Walker filed a Request to Seal Documents related to Order Re: Petition to Inspect Adoption Records from the Superior Court of California – County of Sacramento Sitting as the Juvenile Court.  In accordance with Eastern District Local Rule 141 and the Juvenile Court's order, the REQUEST TO SEAL IS GRANTED.

   IT IS SO ORDERED.

Dated:  November 20, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE